### GARNER v. STATE.
No. 25486.

Court of Criminal Appeals of Texas.

Oct. 31, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The conviction is for burglary with the punishment assessed by the jury at 5 years in the penitentiary.

The record is before this court without either a statement of facts or bill of exception. All proceedings appear to be regular. No question being presented for review, the judgment is affirmed.

Opinion approved by the Court.

### FOWLE v. STATE.
No. 25485.

Court of Criminal Appeals of Texas.

Oct. 31, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is seriously threatening life as denounced by Article 1265, Penal Code; the punishment, four months in jail and a fine of $300.00.

There being no statement of facts or bills of exception in the record, the judgment of the trial court is affirmed.